IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NORA G. RODRIGUEZ, | § § | |
| Plaintiff, | § § | No. 2:13-CV-134 |
| v. | § § | |
| CITY OF CORPUS CHRISTI, Defendant. | § § § | |

## FINAL JUDGMENT

It is the judgment of the Court that the Plaintiff Nora Rodriguez shall take nothing from Defendant the City of Corpus Christi and that the Defendant is awarded its costs.

It is ORDERED this 30 day of March 2015.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE