United States District Court
Southern District of Texas
**ENTERED**
March 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NORA G. RODRIGUEZ,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CASE NO. 2:13-CV-00134 |
| | § | |
| THE CITY OF CORPUS CHRISTI,<br>    Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

It is the judgment of the Court that Plaintiff Nora G. Rodriguez shall have and recover from the Defendant $556,166.66 dollars with post-judgment interest as set by the Clerk of this Court, plus $92,250.00 for attorney's fees, and if appealed, $31,950.00 dollars for post-judgment attorney's fees. The Court DENIES all other relief.

ORDERED this  6  day of March, 2016.

_____
HAYDEN HEAD
SENIOR UNITED STATES DISTRICT JUDGE

1